UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 10-292 |
| GLEN LEVY | SECTION "I" |

## ORDER

Before the Court is a motion[1] for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) filed by defendant, Glen Levy ("Levy"). Levy argues that his criminal history category was incorrectly enhanced by 2 "recency" points. Levy contends that because the U.S. Sentencing Commission voted to eliminate such "recency" points effective November 1, 2010 (Amendment 742), he is entitled to a sentence reduction.

The Court notes that Levy's criminal category was not enhanced by "recency" points. Rather, Levy received a two-point enhancement because he committed the offense in the above-captioned matter in June and July 2010 while he was serving a term of parole that had been imposed on August 4, 2009. *See* Presentence Investigation Report, ¶ 49; U.S.S.G. § 4A1.1(d) ("Add 2 points if the defendant committed the instant offense while under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release or escape status.").

Accordingly,

**IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, June 11, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 50.